## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMSUNG ELECTRONICS CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-1059-MAK |
| | ) | |
| IMPERIUM IP HOLDINGS (CAYMAN), LTD., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, that the deadline for Defendant Imperium Holdings (Cayman), Ltd. to file its Reply in Support of its Motion to Dismiss or, in the alternative, to Transfer the Action is extended to October 4, 2017. This extension is requested as Defendant's counsel had unexpected developments in other matters.

Dated: October 2, 2017                                        Respectfully submitted,

FARNAN LLP                                                            SHAW KELLER LLP

/s/ Brian E. Farnan                                                  /s/ Andrew E. Russell
Brian E. Farnan (#4089)                                       John W. Shaw (#3362)
Michael J. Farnan (#5165)                                    Andrew E. Russell (#5382)
919 North Market Street, 12th Floor                  I.M. Pei Building
Wilmington, DE 19801                                          1105 N. Market Street, 12th Floor
(302) 777-0300 (Telephone)                                Wilmington, DE 19801
bfarnan@farnanlaw.com                                      (302) 298-0700
mfarnan@farnanlaw.com                                     jshaw@shawkeller.com
*Attorneys for Defendant Imperium IP Holdings*    arussell@shawkeller.com
*(Cayman), Ltd.*                                                       *Attorneys for Plaintiff Samsung Electronics*
                                                                                   *Co., Ltd.*

IT IS SO ORDERED this ___ day of October, 2017.

_____
The Honorable Mark A. Kearney