# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. | : CIVIL ACTION |
| | : |
| v. | : |
| | : No. 15-1059 |
| IMPERIUM IP HOLDINGS | : |
| (CAYMAN), LTD. | : |

## ORDER

**AND NOW**, this 2nd day of October 2017, upon considering the parties' Stipulation to extend time (ECF Doc. No. 38), and for good cause, **ORDERED** the Stipulation (ECF Doc. No. 38) is **APPROVED** and Defendant shall file its Reply in support of its Motion to dismiss (ECF Doc. No. 35) no later than **October 4, 2017**.

_____
KEARNEY, J.