IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>IMPERIUM IP HOLDINGS (CAYMAN), LTD., )<br>)<br>Defendant. ) | C.A. No. 15-1059-CFC |

## STIPULATION AND PROPOSED ORDER

IT IS HEREBY STIPULATED by the parties to this action, subject to the approval of the Court, that the parties' time to file the joint status report is extended to May 31, 2019. The purpose of the extension is to allow the parties additional time to meet-and-confer and further narrow the issues before submitting the joint status report.

| | |
|---|---|
| FARNAN LLP | SHAW KELLER LLP |
| */s/ Michael J. Farnan* | */s/ Andrew E. Russell* |
| Brian E. Farnan (No. 4089) | John W. Shaw (No. 3362) |
| Michael J. Farnan (No. 5165) | Andrew E. Russell (No. 5382) |
| 919 North Market Street, 12th Floor | I.M. Pei Building |
| Wilmington, DE 19801 | 1105 North Market Street, 12th Floor |
| (302) 777-0300 | Wilmington, DE 19801 |
| bfarnan@farnanlaw.com | (302) 298-0700 |
| mfarnan@farnanlaw.com | jshaw@shawkeller.com |
| *Attorneys for Defendant Imperium IP Holdings (Cayman), Ltd.* | arussell@shawkeller.com |
| | *Attorneys for Plaintiff Samsung Electronics Co., Ltd.* |

Dated: May 29, 2019

SO ORDERED, this _____ day of _____, 2019

_____
United States District Court Judge