IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD.,<br><br>　　Plaintiff,<br><br>　　v.<br><br>IMPERIUM IP HOLDINGS (CAYMAN), LTD.,<br><br>　　Defendant. | C.A. No. 15-1059-CFC |

## STIPULATED ORDER FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR ENTRY OF DEFAULT JUDGMENT

The parties stipulate and agree that the time for Defendant Imperium IP Holdings (Cayman), Ltd. to respond to Plaintiff Samsung Electronics Co., Ltd.'s Motion for Entry of Default (D.I. 90), originally extended to April 7, 2020 (D.I. 92), is further extended to April 10, 2020.

| | |
|---|---|
| SHAW KELLER LLP | STRADLEY RONON STEVENS & YOUNG, LLP |
| */s/ John W. Shaw*<br>John W. Shaw (ID No. 3362)<br>1105 North Market Street, 12th Floor<br>I.M. Pei Building<br>Wilmington, DE 19801<br>Tel: (302) 298-0700<br>Email: jshaw@kellershaw.com | /s/ *Joelle E. Polesky*<br>Joelle E. Polesky (ID No. 3694)<br>1000 N. West Street, Suite 1200<br>Wilmington, DE 19801<br>Tel: (302) 295-4856<br>Email: jpolesky@stradley.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Dated: April 7, 2020

**SO ORDERED** this _____ day of April, 2020.

_____
United States District Judge

4343059v.1