## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD.,<br>      Plaintiff,<br><br>v.<br><br>IMPERIUM IP HOLDINGS (CAYMAN), LTD.,<br>      Defendant. | Civil Action 15-1059-CFC |

### MOTION FOR ADMISSION PRO HAC VICE OF GREGORY L. EWING

Pursuant to Local Rule 83.5 and the attached Certification, I, Joelle E. Polesky, Esquire, move for the admission *pro hac vice* of Gregory L. Ewing, Esquire, to represent Defendants, Imperium IP Holdings (Cayman), LTD., in this matter.

            STRADLEY RONON
            STEVENS & YOUNG, LLP

            */s/ Joelle E. Polesky*
            Joelle E. Polesky (ID No. 3694)
            1000 North West Street, Suite 1279
            Wilmington, DE 19801
            Tel: (302) 295-4856
            Fax: (302) 295-4801
            Email: jpolesky@stradley.com

            *Attorneys for Defendant,*
            *Imperium IP Holdings (Cayman), LTD.*

Dated: October 2, 2020

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> IMPERIUM IP HOLDINGS (CAYMAN), LTD., <br><br> Defendant. | Civil Action 15-1059-CFC |

## ORDER

AND NOW, this _____ day of _____, 2020, upon consideration of the Motion for Admission *Pro Hac Vice* of Gregory L. Ewing, Esquire, and its accompanying Certification, it is ORDERED that the Motion is GRANTED.

_____
J.