**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD.,<br>     Plaintiff,<br><br>v.<br><br>IMPERIUM IP HOLDINGS (CAYMAN), LTD.,<br>     Defendant. | Civil Action 15-1059-CFC |

**CERTIFICATION OF GREGORY L. EWING**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the following Bars: State of Maryland, District of Columbia, 7th Circuit Court of Appeals, and the District Court for the District of Columbia.

Pursuant to Local Rule 83.6, I further certify that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid _____ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted __x__ (*check one*) to the Clerk's Office upon the filing of this motion.

_____
Gregory L. Ewing, Esq.
Potomac Law Group, PLLC
1300 Pennsylvania Avenue NW
Washington, D.C. 2004
Tel: (202) 204-3005
Email: gewing@potomaclaw.com

Dated: October 2, 2020