# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD.,<br><br>            Plaintiff,<br><br>v.<br><br>IMPERIUM IP HOLDINGS (CAYMAN), LTD.,<br><br>            Defendant. | Civil Action 15-1059-CFC |

## NOTICE OF SERVICE OF DEFENDANT IMPERIUM IP HOLDINGS (CAYMAN), LTD.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF SAMSUNG ELECTRONICS CO., LTD.

I, Joelle E. Polesky, a member of the Bar of this Court, certify that on October 28, 2020, I caused a true and correct copy of *Defendant Imperium IP Holdings (Cayman), Ltd.'s First Set of Requests for Production of Documents to Plaintiff Samsung Electronics Co., Ltd.* to be served on all counsel of record via email, and caused a true and correct copy of this *Notice of Service of Defendant Imperium IP Holdings (Cayman), Ltd.'s First Set of Requests for Production of Documents to Plaintiff Samsung Electronics Co., Ltd.* to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

STRADLEY RONON
STEVENS & YOUNG, LLP

    */s/ Joelle E. Polesky*
Joelle E. Polesky (ID No. 3694)
1000 North West Street, Suite 1279
Wilmington, DE 19801
Tel: (302) 295-4856
Fax: (302) 295-4801
Email: jpolesky@stradley.com
*Attorneys for Defendant,*
*Imperium IP Holdings (Cayman), Ltd.*