IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 15-1059-CFC-CJB |
| | ) |
| IMPERIUM IP HOLDINGS (CAYMAN), LTD., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on December 22, 2020, the following document was served on the persons listed below:

1) PLAINTIFF SAMSUNG ELECTRONICS CO., LTD.'S SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1), FED. R. CIV. P.

**BY EMAIL**

| | |
|---|---|
| Joelle E. Polesky | Gregory L. Ewing |
| STRADLEY RONON | POTOMAC LAW GROUP, PLLC |
| 1000 N. West Street, Suite 1200 | 1300 Pennsylvania Avenue, NW |
| Wilmington, DE 19801 | Washington, DC 20004 |
| (302) 295-3805 | (202) 204-3005 |
| jpolesky@stradley.com | gewing@potomaclaw.com |

OF COUNSEL:

Jesse J. Jenner
Steven Pepe
Kevin J. Post
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000

*/s/ John W. Shaw*
John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com
*Attorneys for Plaintiff Samsung Electronics Co., Ltd.*

Samuel L. Brenner
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 951-7000

Kathryn C. Thornton
Jonathan R. Ference-Burke
ROPES & GRAY LLP
2099 Pennsylvania Ave NW
Washington, DC 20006
(202) 508-4600

Dated: December 23, 2020