IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 15-1059-CFC-CJB |
| ) | |
| IMPERIUM IP HOLDINGS (CAYMAN), ) LTD., ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF SAMSUNG ELECTRONICS CO., LTD.'S
<u>NOTICE OF SERVICE OF COMPENDIUM OF CASES</u>**

PLEASE TAKE NOTICE that plaintiff Samsung Electronics Co., Ltd., will submit courtesy copies of the following authorities as a compendium in support of its Motion for Preliminary Injunction. *See* Sched. Order ¶ 17 (D.I. 101).

The cases included are:

- *General Protecht Group, Inc. v. Leviton Mfg. Co.*, 651 F.3d 1355 (Fed. Cir. 2011)
- *Texas Instruments Inc. v. Tessera, Inc.*, 251 F.3d 1325 (Fed. Cir. 2000)

|  |  |
|---|---|
| | */s/ John W. Shaw* |
| | John W. Shaw (No. 3362) |
| | Andrew E. Russell (No. 5382) |
| | SHAW KELLER LLP |
| | I.M. Pei Building |
| | 1105 North Market Street, 12th Floor |
| | Wilmington, DE 19801 |
| OF COUNSEL: | (302) 298-0700 |
| Jesse J. Jenner | jshaw@shawkeller.com |
| Steven Pepe | arussell@shawkeller.com |
| Kevin J. Post | *Attorneys for Plaintiff Samsung* |
| Alexander E. Middleton | *Electronics Co., Ltd.* |
| ROPES & GRAY LLP | |
| 1211 Avenue of the Americas | |
| New York, NY 10036 | |
| (212) 596-9000 | |

Samuel L. Brenner
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 951-7000

Jonathan R. Ference-Burke
Kathryn C. Thornton
ROPES & GRAY LLP
2099 Pennsylvania Ave., NW
Washington, DC 2006-6807
(202) 508-4600

Dated: December 23, 2020

2