# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMSUNG ELECTRONICS CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-1059-CFC-CJB |
| | ) | |
| IMPERIUM IP HOLDINGS (CAYMAN), LTD., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

At Wilmington this _____ day of December, 2020, having considered Plaintiff Samsung Electronics Co., Ltd. ("Samsung") motion for leave to amend and supplement its complaint against Defendant Imperium IP Holdings (Cayman), Ltd., d/b/a Pictos Technologies, Inc. (the "Motion"), the Court hereby **ORDERS** that Samsung's motion for leave to file an amended and supplemental complaint is **GRANTED**. The Clerk is directed to docket Samsung's Third Amended and Supplemental Complaint, attached as Exhibit A to the Motion.

_____
United States District Judge