IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMSUNG ELECTRONICS CO., LTD., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 15-1059-CFC |
| IMPERIUM IP HOLDINGS (CAYMAN), LTD., | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

At Wilmington, this 28TH day of December, 2020, it is hereby ordered that:

1. Imperium shall file its answering brief in opposition to Samsung's motion for preliminary injunction on or before January 8, 2021.

2. Samsung shall file its reply brief in support of its motion for preliminary injunction on or before January 15, 2021.

3. The parties request oral argument on Samsung's motion for a preliminary injunction. The parties propose that, if the Court grants the request for oral argument on the motion for a preliminary injunction, the Court consolidate oral argument on Samsung's motion for preliminary injunction and Imperium's motion to transfer (D.I. 100), currently scheduled for January 4,

2021.  Accordingly, the Court will hear argument on both Samsung's and Imperium's motions on _January 27, 2021_ at _10:00 a.m._, 2021. Argument shall proceed telephonically.  Counsel for Samsung shall coordinate the call and email the dial-in information to chambers.

                                                                              _/s/_
                                                      United States District Judge