IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMSUNG ELECTRONICS CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-1059-CFC-CJB |
| | ) | |
| IMPERIUM IP HOLDINGS (CAYMAN), LTD., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to District of Delaware Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Douglas Hallward-Driemeier of Ropes & Gray LLP, 2099 Pennsylvania Ave NW, Washington, DC 20006, to represent Plaintiff Samsung Electronics Co., Ltd. in the above-captioned action.

|  |  |
|---|---|
| | Respectfully submitted, |
| OF COUNSEL: | */s/ John W. Shaw* |
| Jesse J. Jenner | John W. Shaw (No. 3362) |
| Steven Pepe | Andrew E. Russell (No. 5382) |
| Kevin J. Post | SHAW KELLER LLP |
| ROPES & GRAY LLP | I.M. Pei Building |
| 1211 Avenue of the Americas | 1105 North Market Street, 12th Floor |
| New York, NY 10036 | Wilmington, DE 19801 |
| (212) 596-9000 | (302) 298-0700 |
| | jshaw@shawkeller.com |
| Samuel L. Brenner | arussell@shawkeller.com |
| ROPES & GRAY LLP | *Attorneys for Plaintiff Samsung* |
| Prudential Tower | *Electronics Co., Ltd.* |
| 800 Boylston Street | |
| Boston, MA 02199 | |
| (617) 951-7000 | |

Kathryn C. Thornton
Jonathan R. Ference-Burke
Douglas Hallward-Driemeier
ROPES & GRAY LLP
2099 Pennsylvania Ave NW
Washington, DC 20006
(202) 508-4600

Dated:  December 30, 2020

## **[PROPOSED] ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Douglas Hallward-Driemeier is granted.

_____
United States District Judge

Date: _____

-4-

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and Commonwealth of Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: */s/ Douglas Hallward-Driemeier*

    Douglas Hallward-Driemeier
    ROPES & GRAY LLP
    2099 Pennsylvania Avenue, N.W.
    Washington, D.C, 20006-68707
    Tel. 202.508.4600
    douglas.hallward-dreimeir@ropesgray.com

    Date: December 29, 2020