IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 15-1059-CFC-CJB |
| | ) |
| IMPERIUM IP HOLDINGS (CAYMAN), LTD., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 31, 2020, the following document was served on the persons listed below:

- Plaintiff Samsung Electronics Co., Ltd.'s First Set of Requests for Admission Nos. 1-75

**BY EMAIL**

Joelle E. Polesky
STRADLEY RONON STEVENS & YOUNG, LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(302) 295-3805
jpolesky@stradley.com

Gregory L. Ewing
POTOMAC LAW GROUP, PLLC
1300 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 204-3005
gewing@potomaclaw.com

OF COUNSEL:
Jesse J. Jenner
Steven Pepe
Kevin J. Post
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000

*/s/ Andrew E. Russell*
John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com
*Attorneys for Plaintiff Samsung Electronics Co., Ltd.*

Samuel L. Brenner
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 951-7000

Douglas Hallward-Driemeier
Jonathan R. Ference-Burke
Kathryn C. Thornton
ROPES & GRAY LLP
2099 Pennsylvania Ave NW
Washington, DC 20006
(202) 508-4600

Dated: December 31, 2020