IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMSUNG ELECTRONICS CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-1059-CFC-CJB |
| | ) | |
| IMPERIUM IP HOLDINGS (CAYMAN), LTD., | ) | |
| | ) | |
| Defendant. | ) | |

## **STIPULATION**

The parties hereby stipulate and agree, subject to the approval of the Court, that paragraph 3(a) of the Scheduling Order (D.I. 101) is amended to permit the completion of the deposition of Robert Blair by February 2, 2021.

| | |
|---|---|
| /s/ *Andrew E. Russell* | /s/ *Joelle E. Polesky* |
| John W. Shaw (No. 3362) | Joelle E. Polesky (No. 3694) |
| Andrew E. Russell (No. 5382) | STRADLEY RONON |
| SHAW KELLER LLP | STEVENS & YOUNG, LLP |
| 1105 North Market Street, 12th Floor | 1000 N. West Street, Suite 1200 |
| I.M. Pei Building | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 295-4856 |
| (302) 298-0700 | jpolesky@stradley.com |
| jshaw@shawkeller.com | *Attorneys for Defendant* |
| arussell@shawkeller.com | |
| *Attorneys for Plaintiff Samsung Electronics Co., Ltd.* | |

Dated: February 1, 2021

-2-

SO ORDERED this _____ day of February, 2021.

_____
United States District Judge