IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMSUNG ELECTRONICS CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-1059-CFC-CJB |
| | ) | |
| IMPERIUM IP HOLDINGS (CAYMAN), LTD., | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF SAMSUNG ELECTRONICS CO., LTD.'S
### MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56(a) and the Court's May 11, 2020 Scheduling Order (D.I. 101), Plaintiff Samsung Electronics Co., Ltd. ("Samsung") respectfully moves for Partial Summary Judgment that Defendant Imperium IP Holdings (Cayman), Ltd., ("Imperium") breached the covenant of the second sentence of Section 2.6 of the Settlement and License Agreement between Imperium IP Holdings (Cayman), Ltd. and Sony Corporation and Sony Mobile Communications (USA) Inc. by relying on Sony image sensors to assert infringement of claims 1, 6, 14, and 16 of U.S. Patent No. 7,092,029 by Samsung digital cameras containing only a Sony image sensor and by Samsung smartphones containing a Sony image sensor in their main cameras.

The bases for this Motion are set forth in Samsung's Brief in Support of Motion for Partial Summary Judgment, Concise Statement of Facts for Partial Summary Judgment, and the supporting papers filed contemporaneously herewith.

NOW, THEREFORE, Samsung respectfully requests the Court to enter the attached order granting this motion.

                                                              Respectfully submitted,

|  |  |
|---|---|
|  | /s/ John W. Shaw |
| OF COUNSEL: | John W. Shaw (No. 3362) |
| Jesse J. Jenner | Andrew E. Russell (No. 5382) |
| Steven Pepe | SHAW KELLER LLP |
| Kevin J. Post | I.M. Pei Building |
| Alexander E. Middleton | 1105 North Market Street, 12th Floor |
| ROPES & GRAY LLP | Wilmington, DE 19801 |
| 1211 Avenue of the Americas | (302) 298-0700 |
| New York, NY 10036 | jshaw@shawkeller.com |
| (212) 596-9000 | arussell@shawkeller.com |
|  | *Attorneys for Plaintiff Samsung* |
| Samuel L. Brenner | *Electronics Co., Ltd.* |
| Scott S. Taylor |  |
| ROPES & GRAY LLP |  |
| Prudential Tower |  |
| 800 Boylston Street |  |
| Boston, MA 02199 |  |
| (617) 951-7000 |  |
|  |  |
| Douglas H. Hallward-Driemeier |  |
| Jonathan R. Ference-Burke |  |
| Kathryn C. Thornton |  |
| ROPES & GRAY LLP |  |
| 2099 Pennsylvania Ave., NW |  |
| Washington, DC 2006-6807 | Dated:  March 8, 2021 |
| (202) 508-4600 |  |