IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IMPERIUM IP HOLDINGS (CAYMAN), ) <br> LTD., ) <br> ) <br> Defendant. ) | C.A. No. 15-1059-CFC-CJB |

**[PROPOSED] ORDER GRANTING
PLAINTIFF SAMSUNG ELECTRONICS CO., LTD.'S
<u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

At Wilmington this _____ day of _____, 2021, the Court having considered Plaintiff Samsung Electronics Co., Ltd.'s ("Samsung") Motion for Partial Summary Judgment ("Motion"), and all responses thereto:

IT IS HEREBY ORDERED that Samsung's Motion is GRANTED. Imperium is liable to Samsung for breach of Section 2.6, second sentence, of the Settlement and License Agreement between Imperium IP Holdings (Cayman), Ltd. and Sony Corporation and Sony Mobile Communications (USA) Inc. by having relied on Sony image sensors to assert infringement of claims 1, 6, 14, and 16 of U.S. Patent No. 7,092,029 by Samsung digital cameras containing only a Sony

image sensor and by Samsung smartphones containing a Sony image sensor in their main cameras.

> _____
> United States District Judge