IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SAMSUNG ELECTRONICS CO., LTD.,  )
                                )
            Plaintiff,          )
                                )
        v.                      )        C.A. No. 15-1059-CFC-CJB
                                )
IMPERIUM IP HOLDINGS (CAYMAN),  )
LTD.,                           )
                                )
            Defendant.          )

## ~~PROPOSED~~ ORDER

Any publicly available copies of the transcript for the hearing held on January 29, 2021, in the above-captioned case, including but not limited to copies of the transcript that are or will be available by remote electronic access, shall be redacted consistent with the attached Exhibit B and pursuant to the Policy on the Electronic Availability of Transcripts of Court Proceedings (effective May 17, 2008; revised July 2011).

SO ORDERED this _24th_ day of _March_, 2021.

_____
Hon. Colm F. Connolly
United States District Judge